UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                                                          Chapter 7

SHARLENE MARIE STANICH                                     BKY CASE NO.15-50573
KYLE LEE STANICH,
                    Debtors.

---

**AMENDED NOTICE OF SALE**

---

TO:   The United States Trustee, all creditors and other parties in interest.

On **June 24, 2016**, or as soon thereafter as the transaction may be completed, the undersigned Trustee of the estate of the Debtors named above will sell property of the estate as follows:

This pending Chapter 7 bankruptcy was filed on September 3, 2015. J. Richard Stermer is the duly appointed trustee. The debtors scheduled 100% interest in **Backwoods Furniture, Inc.,** stating that the business ended in July 31, 2015. The business owned commercial real estate worth approximately $350,000.00. The debtors own 100% of Backwoods Furniture, Inc. The debtors have stipulated that they did not keep separate books and records for Backwoods Furniture, Inc., and that this corporation was an alter ego of the debtors. The debtors further stipulated that the Trust could pierce the corporate veil and administer the assets and pay the liabilities of Backwoods Furniture, Inc. in the Chapter 7 Bankruptcy case. The debtors purchased the commercial real property located at 12811 Alfalfa Lane SW, Pillager, MN in 2008 for $425,000 and have made improvements to the property at a cost of approximately $40,000. The business property is encumbered by 2 loans with an approximate balance of $328,922.00. The Trustee will sell the commercial real estate located at 12811 Alfalfa Lane SW, Pillager, MN 56473 in Cass County, Minnesota, PID #41-396-0220 legally described as follows:

Lot 2, Block 2, and a 1/13th undivided interest in Outlot A, Sylvan Commercial Park, in Cass County, State of Minnesota.

The Trustee is selling this property "as is" and "where is" without any representations and warranties, **to Fabricators Unlimited, Inc. and/or its assigns**, for $275,000.00, together with tools, equipment and inventory for $20,000.00 for a total sale price in the amount of $295,000.00. From this sale the secured creditor will receive approximately $269,500.00 in full satisfaction of their mortgage(s) and liens. After the payment of the realtor's commissions of $16,500.00 and closing costs of approximately $1,500.00, and the mortgages against the property, the estimated net proceeds to the bankruptcy estate will be $7,500.00. The Trustee believes any tax liability to the estate will be less than $1,000.00.

The costs of liquidation would quickly offset any value to the estate. As such, the trustee believes that the sale outlined above to Fabricators Unlimited, Inc. and/or its assigns, for $295,000.00 is in the best interest of the estate. The trustee requests that the sale be approved and the stay pursuant to Bankruptcy Rule 6004(g) be waived and shall not apply to this sale. The property is sold "as is" without any representations and warranties.

**OBJECTION: MOTION: HEARING**. Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If any objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the U. S. Trustee.

| Clerk of Court | United States Trustee | Trustee |
|---|---|---|
| United States Bankruptcy Court | 1015 U S Courthouse | (See address below) |
| 404 U.S. Courthouse | 300 So. 4th St. | |
| 515 West First Street | Minneapolis, MN 55415 | |
| Duluth, MN 55802 | | |

Dated: June 14, 2016                                        /e/ J. Richard Stermer
                                                                              J. Richard Stermer, Trustee
                                                                              102 Parkway Drive, P. O. Box 514
                                                                              Montevideo, MN 56265
                                                                              Telephone: (320) 269-6491

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  Sharlene Marie Stanich<br>Kyle Lee Stanich | CASE NO: 15-50573<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 6/14/2016, I did cause a copy of the following documents, described below,

AMENDED NOTICE OF SALE,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 6/14/2016

/s/ J. RICHARD STERMER
J. RICHARD STERMER  216811
STERMER & SELLNER CHTD.
102 PARKWAY DRIVE PO BOX 514
MONTEVIDEO, MN  56265
320 269 6491
jackie.eggers@stermerlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE: Sharlene Marie Stanich
Kyle Lee Stanich

CASE NO: 15-50573

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 6/14/2016, a copy of the following documents, described below,

AMENDED NOTICE OF SALE,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/14/2016

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
STERMER & SELLNER CHTD.
J. RICHARD STERMER
102 PARKWAY DRIVE PO BOX 514
MONTEVIDEO, MN  56265

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>0864-5<br>CASE 15-50573<br>DISTRICT OF MINNESOTA<br>DULUTH<br>TUE JUN 14 11-29-40 CDT 2016 | BANK OF THE WEST<br>CO GURSTEL CHARGO P.A.<br>6681 COUNTRY CLUB DRIVE<br>GOLDEN VALLEY MN 55427-4601 | BREMER BANK NATIONAL ASSOCIATION<br>321 SOUTH 7TH STREET<br>BRAINERD MN 56401-3614 |
| DULUTH<br>404 U.S. COURTHOUSE<br>515 WEST FIRST STREET<br>DULUTH MN 55802-1302 | ALLY FINANCIAL<br>PO BOX 380901<br>MINNEAPOLIS MN 55438-0901 | AMERICREDIT FINANCIAL SERVICES INC.<br>DBA GM<br>P O BOX 183853<br>ARLINGTON TX 76096-3853 |
| BANK OF THE WEST<br>2527 CAMINO RAMON<br>PO BOX 5172<br>SAN RAMON CA 94583-5172 | BREEN & PERSON LTD<br>124 N 6TH STREET<br>PO BOX 472<br>BRAINERD MN 56401-0472 | BREMER BANK<br>321 SO 7TH STREET<br>BRAINERD MN 56401-3614 |
| BREMER BANK NATIONAL ASSOCIATION<br>CO SHAWN DUNLEVY<br>302 W SUPERIOR ST STE 700<br>DULUTH MN 55802-5150 | CERASTES LLC<br>CO WEINSTEIN & RILEY P.S.<br>2001 WESTERN AVE. STE. 400<br>SEATTLE WA 98121-3132 | CRMC<br>320 E MAIN STREET<br>CROSBY MN 56441-1645 |
| CAP1MNRDS<br>PO BOX 30253<br>SALT LAKE CITY UT 84130-0253 | CAPITAL ONE NA<br>CO BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | CAPITAL RECOVERY V LLC<br>CO RECOVERY MANAGEMENT SYSTEMS CORPORAT<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI FL 33131-1605 |
| CENTRACARE HEALTH<br>1200 SIXTH AVENUE NORTH<br>SAINT CLOUD MN 56303-2736 | CHASE CARD<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 | CITIBANK N.A.<br>CO QUANTUM3 GROUP LLC<br>PO BOX 280<br>KIRKLAND WA 98083-0280 |
| CITIBANKTHE HOME DEPOT<br>CITICORP CREDIT SRVSCENTRALIZED BANKRUP<br>PO BOX 790040<br>SAINT LOUIS MO 63179-0040 | CREDITOR ADVOCATES<br>1551 SOUTHCROSS DRIVE WEST<br>SUITE C<br>BURNSVILLE MN 55306-6938 | ESSENTIA HEALTH<br>400 E 3RD STREET<br>DULUTH MN 55805-1951 |
| FED LOAN SERV<br>POB 60610<br>HARRISBURG PA 17106-0610 | FIRST NATIONAL BANK<br>ATTENTION-FNN LEGAL DEPT<br>1620 DODGE ST. STOP CODE- 3290<br>OMAHA NE 68197-0003 | FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE STREET<br>STOP CODE 3105<br>OMAHA NE 68197-0003 |
| HARLEY DAVIDSON FINANCIAL<br>ATTENTION- BANKRUPTCY<br>PO BOX 22048<br>CARSON CITY NV 89721-2048 | KOHLSCAPONE<br>N56 W 17000 RIDGEWOOD DR<br>MENOMONEE FALLS WI 53051-7096 | LAKES DENTAL CARE<br>14213 GOLF COURSE DR<br>BAXTER MN 56425-8432 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| MENARDS<br>DEPT 7680<br>CAROL STREAM IL 60116-7680 | MID MINNESOTA FCU<br>200 S 6TH ST<br>BRAINERD MN 56401-3536 | MINNESOTA GASTROENTEROLOGY<br>PO BOX 14829<br>MINNEAPOLIS MN 55414-0829 |
| NORTHERN ORTHOPEDICS LTD<br>2014 SOUTH 6TH STREET<br>BRAINERD MN 56401-4596 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSI<br>OF CITIBANK N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE SC 29602-9008 | REGIONAL DIAGNOSITC RADIOLOGY<br>PO BOX 7366<br>SAINT CLOUD MN 56302-7366 |
| SCHEELS<br>40 NORTH WAITE AVE<br>WAITE PARK MN 56387-1269 | SHAWN M DUNLEVY<br>302 W SUPERIOR ST STE 700<br>DULUTH MN 55802-5150 | SHAWN M DUNLEVY<br>302 WEST SUPERIOR STREET SUITE 700<br>DULUTH MN 55802-5150 |
| SYNCBBECKER<br>950 FORRER BLVD<br>KETTERING OH 45420-1469 | SYNCBBECKER FURN WORL<br>950 FORRER BLVD<br>KETTERING OH 45420-1469 | SYNCHRONY BANKCARE CREDIT<br>ATTN- BANKRUPTCY<br>PO BOX 103104<br>ROSWELL GA 30076-9104 |
| U.S. DEPARTMENT OF EDUCATION<br>CO FEDLOAN SERVICING<br>P.O. BOX 69184<br>HARRISBURG PA 17106-9184 | *EXCLUDE*<br>~~US TRUSTEE~~<br>~~1015 US COURTHOUSE~~<br>~~300 S 4TH ST~~<br>~~MINNEAPOLIS MN 55415-3070~~ | WELLS FARGO BANK N.A.<br>F8235-02F<br>PO BOX 10438<br>DES MOINES IA 50306-0438 |
| WORLD'S FOREMOST BANK<br>CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN NE 68501-2609 | WELLS FARGO BANK NV NA<br>ATTN- DEPOSITS BANKRUPTCY MAC# P610<br>PO BOX 3908<br>PORTLAND OR 97208-3908 | WELLS FARGO BANK NV NA<br>PO BOX 94435<br>ALBUQUERQUE NM 87199-4435 |
| WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 | WORLDS FOREMOST BANK N<br>4800 NW 1ST STREET<br>LINCOLN NE 68521-4463 | *EXCLUDE*<br>~~J. RICHARD STERMER~~<br>~~STERMER & SELLNER CHTD.~~<br>~~102 PARKWAY DRIVE~~<br>~~PO BOX 514~~<br>~~MONTEVIDEO MN 56265-0514~~ |
| KYLE LEE STANICH<br>14349 INGLEWOOD DRIVE<br>BAXTER MN 56425-8517 | RON MAY<br>MAY CUSTOM REALTY<br>PO BOX 117<br>DEERWOOD MN 56444-0117 | *DEBTOR*<br>SHARLENE MARIE STANICH<br>14349 INGLEWOOD DRIVE<br>BAXTER MN 56425-8517 |

*EXCLUDE*
~~WILLIAM P. KAIN~~
~~KAIN & SCOTT P A~~
~~13 7TH AVE SOUTH~~
~~ST CLOUD MN 56301-4259~~